James Pi, Calif. Bar No. 188880
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
60 East 42nd Street Suite 520
New York, NY 10165
Phone (212) 677-6801
Fax   (646) 273-2196
Email: fedcourt@binderlawfirm.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDITH ACEVEDO, | ) | No.: 2:17-CV-01142-PLA |
| | ) | |
| Plaintiff, | ) | **ORDER AWARDING ATTORNEY** |
| | ) | **FEES UNDER THE EQUAL** |
| v. | ) | **ACCESS TO JUSTICE ACT,** |
| | ) | **PURSUANT TO 28 U.S.C. § 2412(d),** |
| NANCY A. BERRYHILL, | ) | **AND COSTS, PURSUANT TO 28** |
| Deputy Commissioner for Operations, | ) | **U.S.C. § 1920** |
| performing the duties and functions not | ) | |
| reserved to the Commissioner of Social | ) | |
| Security, | ) | |
| Defendant. | | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of FOUR THOUSAND SEVEN HUNDRED AND THREE DOLLARS AND TWENTY EIGHT CENTS ($4,703.28), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED DOLLARS ($400.00), subject to the terms of the above-referenced Stipulation, to include the United States Department of the Treasury's Offset

1

Program pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).  Any payment shall be delivered to Plaintiff's counsel.

Dated: March 29, 2018

	Paul L. Abrams
	United States Magistrate Judge